IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO JOHNSON,

    Plaintiff,                                       No. 08-03932 JSW

    v.                                             **ORDER OF REFERRAL**

CITY OF OAKLAND, ET AL.,

    Defendants.
_____/

    Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for settlement. If the parties have not heard from the Court regarding an assignment within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini, and 415-522-4173.

    **IT IS SO ORDERED.**

Dated: December 8, 2008

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

cc:    Chris Wolpert