**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   LORENZO JOHNSON,                        No. C-08-3932 JSW (EMC)
9              Plaintiff,
                                            **ORDER RE SUPPLEMENTAL**
10        v.                                **SETTLEMENT CONFERENCE**
                                            **STATEMENTS**
11  CITY OF OAKLAND, *et al.*,
12             Defendants.
13  _____/
14
15        The parties are ordered to lodge (and not electronically file) with this Court supplemental
16  settlement conference statements together with important evidentiary material (*e.g.* Carter's
17  testimony and written statement, testimony of any other material witnesses, medicals, etc.) by May
18  6, 2009.  The Court will follow up with telephone calls.
19
20        IT IS SO ORDERED.
21
22  Dated: April 8, 2009
23                                          _____
24                                          EDWARD M. CHEN
                                            United States Magistrate Judge
25
26
27
28