1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LORENZO JOHNSON,

10          Plaintiff,                          No. C 08-03932 JSW

11   v.                                  **ORDER SETTING BRIEFING
                                         SCHEDULE**
12   CITY OF OAKLAND, et al.,

13          Defendants.
     _____/

14

15          On August 19, 2009, Defendants filed a Motion for Contempt and Motion to Compel the

16   Attendance of Tim Watson at Deposition, which is noticed for hearing on October 16, 2009.  It

17   is HEREBY ORDERED that any opposition to the motion shall be due on September 4, 2009,

18   and Defendants' reply shall be due on September 11, 2009.  If the Court finds the matter

19   suitable for disposition without oral argument, the Court shall notify the parties in advance of

20   the hearing.  If the parties wish to modify this briefing schedule, they must submit a request to

21   the Court demonstrating good cause for any such request.  It is FURTHER ORDERED that

22   Defendants shall serve a copy of this Order on Mr. Watson or his counsel, and file proof of such

23   service with the Court.

24          **IT IS SO ORDERED.**

25

26   Dated: August 20, 2009                    _____
                                               JEFFREY S. WHITE
27                                             UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California