1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LORENZO JOHNSON,

10           Plaintiff,                              No. 08-03932 JSW

11      v.                                  **ORDER DIRECTING RESPONSE**
                                            **TO RENEWED REQUEST FOR**
12   CITY OF OAKLAND, ET AL.,               **AN IME**

13           Defendants.
    _____/

14

15          This matter comes before the Court upon consideration of the Defendants' renewed

16   letter brief, requesting that this Court order Plaintiff to undergo an IME, and to extend the

17   deadline for extending the discovery cut-off.  Plaintiff is HEREBY ORDERED to submit a

18   response to Defendants' letter brief, not to exceed two (2) pages, by no later than 4:00 p.m. on

19   Friday, August 28, 2009.  If Plaintiff fails to submit a letter brief by that deadline, the Court

20   shall take the matter under submission and issue a ruling.

21          **IT IS SO ORDERED.**

22

23   Dated: August 27, 2009                 _____
                                            JEFFREY S. WHITE
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California