IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO JOHNSON,

    Plaintiff,

v.

CITY OF OAKLAND, ET AL.,

    Defendants.

No. 08-03932 JSW

**ORDER DENYING DISCOVERY DISPUTE**

This matter comes before the Court upon consideration of the Defendants' letter brief renewing their request to compel Plaintiff to undergo a psychiatric independent medical examination ("IME"). Plaintiff has submitted a letter brief in which he states that he intends to dismiss his cause of action for intentional infliction of emotional distress. Based on that representation, Defendants' request is DENIED.

**IT IS SO ORDERED.**

Dated: August 31, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE