IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO JOHNSON,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.
    _____/

No. C 08-03932 JSW

**ORDER RE MOTION FOR CONTEMPT**

On August 19, 2009, Defendants filed a Motion for Contempt and Motion to Compel the Attendance of Tim Watson at Deposition, which is noticed for hearing on October 16, 2009. On August 20, 2009, the Court set a briefing schedule requiring any opposition to the motion to be filed on September 4, 2009, and Defendants' reply to be filed on September 11, 2009. The Court has not received an opposition to the motion or a statement of non-opposition from Defendants.

The Court HEREBY ORDERS Defendants to file a status report as to whether the issue of Mr. Watson's appearance at a deposition has been resolved or whether a hearing on the motion still is necessary. Defendants' status report shall be due by no later than September 28, 2009.

The Court HEREBY ADVISES Mr. Watson that his failure to oppose the motion or to appear at the hearing on October 16, 2009, may result in the issuance of an order finding him in contempt of court and compelling him to appear for a deposition, and also may result in the imposition of further contempt proceedings.

1  It is FURTHER ORDERED that Defendants shall serve a copy of this Order and their
2 Status Report on Mr. Watson, or his counsel, and they shall file proof of such service with the
3 Court. The hearing set for October 16, 2009 remains on calendar pending further order of the
4 Court.

5  **IT IS SO ORDERED.**

6 Dated: September 21, 2009

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California