JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500:
25105/611657
sqrowell@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND,
and OFFICER R. CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LORENZO JOHNSON, | Case No. C08-03932 JSW. |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| CITY OF OAKLAND; R. CHAN, as an Oakland police officer, and as an individual; O. SAEPARN, as an Oakland police officer and an individual; and DOES 1-25, inclusive, | |
| Defendants. | |

The parties have reached a tentative settlement agreement in this case. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, the parties stipulate that this case be dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for

said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 11/24/09    LAW OFFICES OF JOHN L. BURRIS

By: _____
Attorneys for Plaintiff

Dated: 11/24/09    JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Senior Deputy City Attorney

By: _____
Attorneys for CITY OF OAKLAND and R. CHAN

Dated: 11/24/09    BURNHAM & BROWN

By: _____
Attorneys for O. SAEPARN

IT IS SO ORDERED.

Dated: November 30, 2009

_____
HON. JEFFREY S. WHITE
United States District Court